IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CLEMENTINA TORRES, Individually and as**
**Personal Representative of the estate of**
**Alfredo Caballero,**

      Plaintiff,

v.                                                                                   **No. 12-cv-0474 JAP/SMV**

**JAMES R. COON, Individually and in his Official**
**Capacity as Chaves County Sheriff;**
**CHAVES COUNTY, a Subdivision of the State of**
**New Mexico;**
**NEW MEXICO PSYCHIATRIC SERVICES**
**CORPORATION;**
**JOHN DOES 1–10,**

      Defendants.

**ORDER ADOPTING JOINT STATUS REPORT**
**AND PROVISIONAL DISCOVERY PLAN**

      THIS MATTER comes before the Court on a Rule 16 scheduling conference.  Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 17], filed on August 17, 2012, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 24], filed September 6, 2012.

                                                                                    _____

                                                                                   **STEPHAN M. VIDMAR**
                                                                                   **United States Magistrate Judge**