IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CLEMENTINA TORRES, Individually and as**
**Personal Representative of the estate of**
**Alfredo Caballero,**

     Plaintiff,

v.                                                                                      No. 12-cv-0474 JAP/SMV

**JAMES R. COON, Individually and in his Official**
**Capacity as Chaves County Sheriff, et al.,**

     Defendants.

## AMENDED ORDER SETTING SETTLEMENT CONFERENCE

THIS MATTER is before the Court sua sponte.  The Court has received an email that indicates all parties consent to rescheduling the Settlement Conference to January 30, 2013.  Therefore, the Court's Order Setting Settlement Conference [Doc. 26] is amended to reflect the following changes:

The settlement conference is rescheduled for **Wednesday, January 30, 2013,  9:30 a.m.** in the Rio Grande Courtroom, third floor, Pete V. Domenici United States Courthouse, 333 Lomas Blvd. N.W., Albuquerque, New Mexico.

All remaining deadlines as set forth in the original Order Setting Settlement Conference [Doc. 26], i.e., those discussing the Plaintiff's offer, Defendants' counteroffer(s), and parties' confidential position statements, remain **unchanged**.

    **IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**