IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLEMENTINA TORRES, Individually and as
Personal Representative of the Estate of
Alfredo Caballero,

        Plaintiff,

v.                                                                             No. 12-cv-0474 JAP/SMV

JAMES R. COON, Individually and in his
Official capacity as Chaves County Sheriff;
CHAVES COUNTY, a subdivision of the
State of New Mexico; NEW MEXICO
PSYCHIATRIC SERVICES CORPORATION;
and JOHN DOES 1-10;

        Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE

THIS MATTER is before the Court on the parties' Joint Motion to Extend Expert Disclosure Deadline [Doc. 38]. The Court, being fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the that the Joint Motion to Extend Expert Disclosure Deadline [Doc. 38] is hereby **GRANTED**. The Scheduling Order [Doc. 24] is amended as follows:

1. Plaintiff's expert disclosure deadline of November 29, 2012, shall be **EXTENDED** to December 13, 2012.

2. Defendants' expert disclosure deadline of January 2, 2013 shall be **EXTENDED** to January 16, 2013.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**