IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLEMENTINA TORRES,

        Plaintiff,

vs.                                                                         No. 12-cv-0474 JAP/SMV

JAMES R. COON, et al.,

        Defendants.

## ORDER GRANTING MOTION TO EXTEND CERTAIN DEADLINES

THIS MATTER is before the Court on the Parties' Joint Motion to Extend Certain Case Management Deadlines [Doc. 52]. The Court, noting that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Extend Certain Case Management Deadlines [Doc. 52] is **GRANTED**. The Court's Scheduling Order [doc. 24] is amended as follows:

1. Plaintiff's deadline to join additional parties and amend the pleadings is **EXTENDED** to January 30, 2013; and

2. Defendants' deadline to identify in writing expert witnesses to be used by the Defendants and to provide expert reports pursuant to Fed. R. Civ. P. 26 is **EXTENDED** to February 8, 2013.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**