IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CLEMENTINA TORRES,**

    Plaintiff,

v.   No. 12-cv-0474 JAP/SMV

**JAMES R. COON,**
**CHAVES CNTY.,**
**N.M. PSYCHIATRIC SERVS. CORP., and**
**JOHN DOES,**

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:   Friday, January 18, 2013, at 11:30 a.m.

**Matter to be heard**:   Status conference.

**IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for **January 18, 2013**, at **11:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**