# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

CLEMENTINA TORRES,

    Plaintiff,

v.     No. 12-cv-0474 JAP/SMV

JAMES R. COON,
CHAVES CNTY.,
N.M. PSYCHIATRIC SERVS. CORP., and
JOHN DOES,

    Defendants.

### ORDER GRANTING MOTION FOR PROTECTIVE ORDER

THIS MATTER is before the Court on Defendant New Mexico Psychiatric Services Corp.'s ("NMPSC") Motion for Protective Order Regarding the Deposition of NMPSC Employee Reza Mirin, M.D. [Doc. 54]. NMPSC requests that this Court order Dr. Mirin's non-appearance at his deposition currently scheduled for January 21, 2013, in Roswell, New Mexico. Motion [Doc. 54] at 1 (citing D.N.M.LR-Civ. 30.2 and Fed. R. Civ. P. 26(c)). NMPSC notes that Dr. Mirin can provide dates in early- to mid-February "when [Dr. Mirin] will be available for deposition." During a telephonic status conference on January 18, 2013, the Court conferred with counsel for all parties and learned that the Motion is not opposed. The Court, finding that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant NMPSC's Motion for Protective Order Regarding the Deposition of NMPSC Employee Reza Mirin, M.D. [Doc. 54] is hereby **GRANTED**. Dr. Mirin is excused from attending his

deposition originally scheduled for January 21, 2013, in Roswell, New Mexico.  Parties may confer as to a new date and time on which to conduct Dr. Mirin's deposition.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**