### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEW MEXICO

CLEMENTINA TORRES,

    Plaintiff,

v.                                                                        No. 12-cv-0474 JAP/SMV

JAMES R. COON,
CHAVES CNTY.,
N.M. PSYCHIATRIC SERVS. CORP., and
JOHN DOES,

    Defendants.

**ORDER VACATING AND RESCHEDULING SETTLEMENT CONFERENCE
AND EXTENDING DEFENDANTS' EXPERT REPORT DEADLINE**

THIS MATTER is before the Court on a telephonic status conference held on January 18, 2013, before Judge Vidmar. The Court offered to vacate the current settlement conference and its attendant deadlines, Amended Order Setting Settlement Conference [Doc. 28]. Counsel for all parties consented to the rescheduling. Moreover, defense counsel requested that the deadline for Defendants to provide their expert reports be extended to March 11, 2013. Counsel for defense did not oppose. Good cause having been shown during the telephonic status conference, the Court shall extend the deadline.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Amended Order Setting Settlement Conference [Doc. 28] is hereby **VACATED**. The settlement conference set for January 30, 2013, is also **VACATED**.

**IT IS FURTHER ORDERED** that the Order Setting Settlement Conference [Doc. 26] is amended as follows:

- The settlement conference is rescheduled for **Monday, March 4, 2013** at 9:30 a.m. in the Rio Grande Courtroom, third floor, Pete V. Domenici United States Courthouse, 333 Lomas Blvd. N.W., Albuquerque, New Mexico.

- No later than **5:00 p.m. on Monday, February 25, 2013**, each party must provide the Court, in confidence, a concise position statement (typically no more than ten pages) containing an analysis of the strengths and weaknesses of its case. Position statements must be submitted to the Court by e-mail at **VidmarChambers@nmcourt.fed.us**.

**IT IS FURTHER ORDERED** that Defendants' deadline to provide expert reports pursuant to Fed. R. Civ. P. 26 is **EXTENDED** to March 11, 2013.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**