IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLEMENTINA TORRES,

    Plaintiff,

v.                                                                                  No. 12-cv-0474 JAP/SMV

JAMES R. COON, et al.

    Defendants.

### ORDER GRANTING JOINT MOTION TO STAY DISCOVERY

THIS MATTER is before the Court on the parties' Joint Motion to Stay Discovery and Vacate Current Case Management Deadlines [Doc. 61]. The parties request to stay discovery through March 4, 2013, the date of the settlement conference. The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Stay Discovery and Vacate Current Case Management Deadlines [Doc. 61] is **GRANTED**. Discovery is **STAYED** in this matter until completion of the **March 4, 2013** settlement conference. If the settlement conference is unable to bring resolution to this matter, a status conference will be held thereafter to establish new case management deadlines in order to extend deadlines currently in effect.

    **IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**