## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**CLEMENTINA TORRES,**

    **Plaintiff,**

**v.**                                               **No. 12-cv-0474 JAP/SMV**

**JAMES R. COON,**
**CHAVES CNTY.,**
**N.M. PSYCHIATRIC SERVS. CORP., and**
**JOHN DOES,**

    **Defendants.**

### THIRD AMENDED ORDER SETTING SETTLEMENT CONFERENCE

THIS MATTER is before the Court after the previously scheduled settlement conference was vacated. To facilitate a final disposition of this case, a mandatory settlement conference will be conducted in accordance with Rule 16(a)(5) of the Federal Rules of Civil Procedure. The conference will be held on **May 13, 2013, at 9:00 a.m.** in the Cimarron Courtroom on the fifth floor of the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.

The parties or a designated representative, other than counsel of record, with full authority to resolve the case, must attend in person. Counsel who will try the case must also attend in person. Those attending the settlement conference must treat as confidential the information discussed, positions taken, and offers made by other participants in preparation for and during the conference.[1] *See generally Hand v. Walnut Valley Sailing Club*, No. 11-3228,

---

[1] This does not prohibit disclosures stipulated to by the parties, necessary in proceedings to determine the existence of a binding settlement agreement, or as otherwise required by law.

2012 WL 1111137 (10th Cir. Apr. 2, 2012) (unpublished) (affirming dismissal of case as sanction for violating confidentiality of settlement conference).

The settlement conference will not be vacated or rescheduled except upon motion and for good cause shown. Any motion to vacate or reschedule the settlement conference shall provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the follow-up settlement conference.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the settlement conference is reset for **May 13, 2013, at 9:00 a.m.**

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**