IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CLEMENTINA TORRES,**

    Plaintiff,

v.                                                                                                    No. 12-cv-0474 JAP/SMV

**JAMES R. COON,**
**CHAVES CNTY.,**
**N.M. PSYCHIATRIC SERVS. CORP., and**
**JOHN DOES,**

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:   Thursday, May 16, 2013, at 11:00 a.m.

**Matter to be heard**:   Resetting the discovery deadlines

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for Thursday, May 16, 2013, at 11:00 a.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.