IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLEMENTINA TORRES,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　No. 12-cv-0474 JAP/SMV

JAMES R. COON,
CHAVES CNTY.,
N.M. PSYCHIATRIC SERVS. CORP., and
JOHN DOES,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:　　Thursday, August 1, 2013, at 9:00 a.m.

    **Matter to be heard**:　Scheduling a settlement conference

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for Thursday, August 1, 2013, at 9:00 a.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  Parties shall confer with Judge Vidmar to choose a new date on which to conduct a settlement conference.  Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

    _____
    **STEPHAN M. VIDMAR**
    **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.