IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CLEMENTINA TORRES,**

    Plaintiff,

v.                                                                                                                            No. 12-cv-0474 JAP/SMV

**JAMES R. COON,**
**CHAVES CNTY.,**
**N.M. PSYCHIATRIC SERVS. CORP., and**
**JOHN DOES,**

    Defendants.

## ORDER VACATING STATUS CONFERENCE
## AND TO FILE CLOSING DOCUMENTS

THIS MATTER is before the Court on a telephone call received on July 29, 2013. Counsel for Plaintiff informed the Court that the case has settled.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Court's telephonic status conference set for August 1, 2013, is hereby **VACATED**.

**IT IS FURTHER ORDERED** that closing documents be filed no later than **August 29, 2013**, absent a request for an extension and a showing of good cause.

IT IS SO ORDERED.

                                                                             _____
                                                                             **STEPHAN M. VIDMAR**
                                                                             **United States Magistrate Judge**